## D. S. THOMPSON v. STATE.

No. A-1566. Opinion Filed November 30, 1912.

(127 Pac. 872.)

APPEAL—Fugitives from Justice—Dismissal. Where an appellant has prosecuted an appeal to this court, and before it is determined the appellant becomes a fugitive from justice and flees beyond the bounds of the state and the jurisdiction of this court, such flight amounts to an abandonment of the appeal, and the appeal will be dismissed.

(Syllabus by the Court.)

*Appeal from Osage County Court;*
*C. T. Bennett, Judge.*

D. S. Thompson was convicted of a violation of the prohibitory law, and appeals. Dismissed.

*Roberts & Scales,* for appellant.

*Smith C. Matson,* Asst. Atty. Gen., for the State.

FURMAN, P. J. On the 7th day of October, 1911, judgment was rendered in the county court of Osage county against

appellant for a violation of the prohibitory liquor law, and his punishment was assessed at a fine of $100 and 30 days' confinement in the county jail, from which judgment the appellant prosecuted and perfected an appeal.

It has been made to appear to the satisfaction of this court that since perfecting this appeal, appellant has fled beyond the bounds of this state, and is now not within the jurisdiction of this court, but is a fugitive from justice, so that any judgment rendered by the court could not be enforced against him. Under the repeated decisions of this court, such flight constitutes an abandonment of the appeal, and the appeal is therefore dismissed.

DOYLE, J., concurs; ARMSTRONG, J., absent, and not participating.